LESTER J. MARSTON – California SBN 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile:  707-462-4235
e-mail: marston1@pacbell.net

Attorney for Plaintiff Picayune Rancheria of Chukchansi Indians

DAVID J. RAPPORT – California SBN 054384
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile:  707-462-4235
e-mail: drapport@pacbell.net

Attorney for Plaintiff Chukchansi Indian Housing Authority

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF ARIZONA

| | |
|---|---|
| The PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS, a federally recognized Indian Tribe, and the CHUKCHANSI INDIAN HOUSING AUTHORITY, a tribally designated housing entity,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SANDRA B. HENRIQUEZ, Assistant Secretary for Public and Indian Housing, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ROGER J. BOYD, Deputy Assistant Secretary, OFFICE OF NATIVE AMERICAN PROGRAMS, and CAROLYN J. O'NEIL, Administrator SOUTHWEST OFFICE OF NATIVE AMERICAN PROGRAMS,<br><br>    Defendants. | Case No. 2:13-cv-01917-DGC<br><br>**UNOPPOSED MOTION TO FILE SUPPLENTAL DECLARATION OF DON CTIBOR IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

1

Plaintiffs hereby move the Court to permit the filing of the Supplemental Declaration of Don Ctibor in Support of Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Supplemental Declaration") submitted herewith.

The Supplemental Declaration is submitted for the Court's consideration in ruling on the Plaintiffs' Application for a Temporary Restraining Order and Motion for a Preliminary Injunction currently scheduled for hearing on January 7, 2013.

Exhibit 1 to the Supplemental Declaration is a letter from defendant Carolyn O'Neal, Administrator, for the Southwest Office of Native American Programs within the United States Department of Housing and Urban Development. While the letter is dated November 14, 2013, plaintiffs did not receive the letter until December 9, 2013, after briefing was completed on plaintiffs' application and motion.

Plaintiffs' contend that the Supplemental Declaration and Exhibit 1 are relevant to the pending motion and plaintiffs' showing of irreparable injury and to the terms of an injunction, if the Court decides to grant one.

CIHA's attorney of record herein has shown the declaration and exhibit to counsel for the plaintiff Picayune Rancheria of Chukchansi Indians and Mathew Josephson, representing the defendants. Both Mr. Marston and Mr. Josephson have stated that they do not oppose the motion.

The Court should grant the motion because it seeks to provide the Court with relevant and admissible evidence that was not available until after the briefing for the pending motion was completed.

Dated:                                          Respectfully submitted,

                                                /s/

                                                David J. Rapport

                                                Attorney for Plaintiff Chukchansi Indian
                                                Housing Authority

MEMORANDUM OF POINTS AND AUTHORITIES

:

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF ARIZONA

| | |
|---|---|
| The PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS, a federally recognized Indian Tribe, and the CHUKCHANSI INDIAN HOUSING AUTHORITY, a tribally designated housing entity,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SANDRA B. HENRIQUEZ, Assistant Secretary for Public and Indian Housing, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ROGER J. BOYD, Deputy Assistant Secretary, OFFICE OF NATIVE AMERICAN PROGRAMS, and CAROLYN J. O'NEIL, Administrator SOUTHWEST OFFICE OF NATIVE AMERICAN PROGRAMS,<br><br>Defendants. | Case No. 2:13-cv-01917-DGC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SUPPLEMENTAL DECLARATION OF DON CTIBOR IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiffs' Unopposed Motion to File Supplemental Declaration of Don Ctibor In Support of Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction and good cause appearing therefor, the Court hereby approves filing of said declaration.

Dated: _____

Honorable David G. Campbell
United States District Court Judge

2